# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America *ex rel.* Lateira Beamon and Terry Turner, | Case No. 19-CV-2912 (KMM/JFD) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| Richard Dunbar, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on July 22, 2022 (ECF No. 69), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: July 26, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge